UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR,              )<br>                                                 )<br>         Plaintiff,                       )<br>    v.                                        ) | Civil Action No. 07-0546 (RMU) |
| DIRK KEMPTHORNE,             )<br>SECRETARY OF THE INTERIOR, )<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>                                                 )<br>         Defendant.                  ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov