UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA A. AGUILAR, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   07-0546 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DIRK KEMPTHORNE in his official capacity as Secretary of the Interior, U.S. Department of the Interior, | : : : | |
| | : | |
| Defendant. | : | |

# C I V I L   S C H E D U L I N G   O R D E R[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 21st day of August 2007,

**ORDERED** that the parties file:

| | |
|---|---|
| Motions to Amend Pleadings or Join Parties | on or before September 21, 2007; |
| Oppositions | on or before October 5, 2007; |
| Replies | on or before October 12, 2007; |
| Proponent's Rule 26(a)(2)(B) Statement | on or before November 19, 2007; |
| Opponent's Rule 26(a)(2)(B) Statement | on or before December 19, 2007; and it is |

---

[1] Revised January 2005.

**FURTHER ORDERED** that:

| | |
|---|---|
| All discovery be completed | on or before February 20, 2008; and it is |

**ORDERED** that this case be set for:

| | |
|---|---|
| An interim status conference | on February 28, 2007 at 11:00 a.m.; and it is |

**FURTHER ORDERED** that the parties file:

| | |
|---|---|
| Dispositive motions | on or before April 21, 2008; |
| Oppositions | on or before May 19, 2008; |
| Replies | on or before June 2, 2008; and it is |

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

                                          RICARDO M. URBINA
                                      United States District Judge