UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Case No. 07-0546 (RMU) |
| ) | |
| DIRK KEMPTHORNE, Secretary,    ) | |
| U.S. Department of the Interior,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney

Sherease Pratt as counsel for Defendant.

Dated: December 5, 2007
          Washington, D.C.

Respectfully submitted,

_____/s/_____

BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov