UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary, )<br>U.S. Department of the Interior, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-0546 (RMU) |

**JOINT MOTION FOR AN ENLARGMENT OF TIME TO CONCLUDE DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b)(1), by and through their attorneys, the parties respectfully move the Court for an enlargement of time to complete discovery in the above entitled action. Specifically, the parties respectfully request that the Court extend the deadline for completing discovery from February 20, 2008 to June 20, 2008 and extend other associated deadlines as proposed below. The grounds for such relief are as follows.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race and national origin discrimination under Title VII. After Defendant answered the complaint and the parties submitted a Joint Local Rule 16.3 Report, the Court entered a Civil Scheduling Order on August 21, 2007, setting forth the initial schedule for discovery in the action. Among other things, the Civil Scheduling Order called for affirmative Rule 26(a)(2)(B) reports to be due on or before November 19, 2007, rebuttal Rule 26(a)(2)(B) reports to be due on or before December 19, 2007, and discovery to conclude on February 20, 2008. The Civil Scheduling Order also set forth a briefing schedule for any post-discovery dispositive motions.

While the parties have begun discovery in the action, the parties believe they will require additional time to fully develop the alleged factual predicate for Plaintiff's claims and Defendant's defenses. Moreover, defense counsel with daily responsibility for this action only recently joined the U.S. Attorney's Office, and even more recently was assigned to this action, and is attempting to become acquainted with the action by reviewing the pleadings and the sizeable amount of materials that were exchanged in the administrative process that preceded this action. Furthermore, Defendant's ability to promptly respond to Plaintiff's discovery is hampered because certain individuals with intimate knowledge of the facts and circumstances concerning this action are no longer employees of Defendant. Additionally, Plaintiff wishes to digest Defendant's responses to interrogatories and requests for admission, both which the parties agree will be due on January 14, 2008, before deciding whether to retain an expert in this matter. Lastly, the parties are scheduled to appear before Magistrate Judge Kay for settlement discussions on March 6, 2008, which may result in settlement of the action and circumvent the need for and cost associated with a portion of discovery. Accordingly, deferring the end of discovery and other associated dates by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the first request for an extension of this deadline and, in total, the first request for an extension by either party in this action. An extension of the discovery period will impact the schedule for post-discovery dispositive motions, and thus, the parties have set forth below proposed dates for such motions.

WHEREFORE, based on the foregoing, the parties' respectfully request that the Court

enlarge the deadlines set by the Civil Scheduling Order of August 21, 2007, as follows:

- Proponent's Rule 26(a)(2)(B) Statement due on or before March 21, 2008;

- Opponent's Rule 26(a)(2)(B) Statement due on or before May 23, 2008;

- All Discovery Completed by June 20, 2008;

- Dispositive Motions due on or before July 25, 2008;

- Oppositions to Dispositive Motions due on or before August 22, 2008; and

- Replies to Dispositive Motions due on or before September 12, 2008.

A proposed order is attached.


Respectfully submitted,


| /s/ | /s/ |
|---|---|
| MYRREL C. HENDRICKS | JEFFREY A. TAYLOR |
| D.C. Bar No. 298117 | D.C. Bar #498610 |
| Gebhardt & Associates, LLP | United States Attorney |
| 1101 17th Street, NW, Suite 807 | |
| Washington, DC 20036-4716 | |
| | /s/ |
| *Attorney for Plaintiff* | RUDOLPH CONTRERAS |
| | D.C. Bar #434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Defendant* |

December 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA L. AGUILAR, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 07-0546 (RMU) |
| DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, | ) ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] REVISED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion for an Enlargement of Time to Conclude Discovery, dated December 19, 2007, and for good cause shown, it is hereby:

ORDERED that the joint motion is GRANTED, and it is further

ORDERED that Civil Scheduling Order, dated August 21, 2007, shall be revised as follows:

- Proponent's Rule 26(a)(2)(B) Statement shall be due on or before March 21, 2008;

- Opponent's Rule 26(a)(2)(B) Statement shall be due on or before May 23, 2008;

- All Discovery shall be completed by June 20, 2008;

- Dispositive Motions shall be due on or before July 25, 2008;

- Oppositions to Dispositive Motions shall be due on or before August 22, 2008; and

- Replies to Dispositive Motions shall be due on or before September 12, 2008.

SIGNED:


_____                          _____
Date                                               RICARDO M. URBINA
                                                   United States District Judge