IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 07-0546 (RMU) |
| DIRK KEMPTHORNE ) | |
| Secretary of the Interior ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE HER RULE 26(a)(2)(B) STATEMENT**

Plaintiff Sandra L. Aguilar, by and through undersigned counsel, and with Defendant's consent, respectfully requests that this Court enlarge the time for Plaintiff to file and serve her Rule 26(a)(2)(B) Statement from March 21, 2008, up to and including April 7, 2008. The attached proposed Order would also extend the time for Defendant to file and serve his Rule 26(a)(2)(B) Statement from May 23, 2008, up to and including June 9, 2008. In support of this Motion, Plaintiff states as follows:

1. Pursuant to the Court's Order dated January 3, 2008, Plaintiff's Rule 26(a)(2)(B) Statement is currently due on March 21, 2008. The Order also states that Defendant's Rule 26(a)(2)(B) Statement is currently due on May 23, 2008.

2. Plaintiff's counsel was out of the office from March 13, 2008 through March 19, 2008.

3. In addition, Plaintiff's counsel is scheduled to take a number of depositions throughout the last two weeks of March. Plaintiff's counsel will need time to prepare, as well as to conduct, the depositions. Moreover, Plaintiff's counsel will be required to devote additional time for travel to the State of California to take the depositions.

4. For these reasons and due to the press of other work, Plaintiff's counsel is requesting an enlargement of time, to and including, April 7, 2008 to file and serve her Rule 26(a)(2)(B) Statement. In turn, Defendant's counsel, who has offered his consent to this Motion, will require sixty (60) days thereafter to file and serve his Rule 26(a)(2)(B) Statement. The time for Defendant's Rule 26(a)(2)(B) Statement would be moved from May 23, 2008, to and including, June 9, 2008.

5. Plaintiff's request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings.

6. Granting this motion will not prejudice the Court because no pretrial or trial dates have been set in this case.

For all the foregoing reasons, Plaintiff's Consent Motion for an Enlargement of Time should be granted. A proposed Order accompanies this Motion.

Respectfully submitted,

_____/s/_____
MYRREL C. HENDRICKS, Jr.
JOSEPH D. GEBHARDT
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036
Tel: (202) 496-0400
Fax: (202) 496-0404

March 21, 2008                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for an Enlargement of Time to File her Rule 26(a)(2)(B) Statement was served this 21st day of March, 2008, via electronic mail and electronic filing through the Court, upon counsel for Defendant as follows:

> Brian P. Hudak
> Assistant United States Attorney
> US Attorney's Office
> 555 Fourth Street, N.W.
> Washington, DC 20530

_____/s/_____
MYRREL C. HENDRICKS, JR.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA L. AGUILAR,              )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>   v.                            )<br>                                 )<br> DIRK KEMPTHORNE                  )<br> Secretary of the Interior       )<br>                                 )<br>        Defendant.               )<br>_____) | Civil Action No.<br>07-0546 (RMU) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for an Enlargement of Time to File her Rule 26(a)(2)(B) Statement, and the full record, it is hereby this ____ day of March, 2008,

**ORDERED:**

1. That Plaintiff's Consent Motion for an Enlargement of Time to File her Rule 26(a)(2)(B) Statement is GRANTED;

2. That Plaintiff shall have up to and including April 7, 2008, to file her Rule 26(a)(2)(B) Statement; and

3. That Defendant shall have up to and including June 9, 2008, to file his Rule 26(a)(2)(B) Statement.

                                    _____
                                    RICARDO M. URBINA
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Myrrel C. Hendricks. Jr.
Joseph D. Gebhardt
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4718

Brian P. Hudak
Assistant United States Attorney
US Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530