IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR,              )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>    v.                           )<br>                                 )<br> DIRK KEMPTHORNE                  )<br> Secretary of the Interior       )<br>                                 )<br>        Defendant.               )<br> _____) | Civil Action No.<br>07-0546 (RMU) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGES OF SAID COURT:

PLEASE TAKE NOTICE of the entry of Clarissa H. Wu (D.C. Bar #975443) of the firm GEBHARDT & ASSOCIATES, LLP as an additional attorney for the Plaintiff in the above-captioned matter.

                                              Respectfully submitted,

                                              _/s/ Clarissa H. Wu_____
                                              MYRREL C. HENDRICKS, Jr.
                                                   (D.C. Bar No. 291781)
                                              CHARLES W. DAY, JR.
                                                   (D.C. Bar No. 459820)
                                              CLARISSA H. WU
                                                   (D.C. Bar No. 975443)
                                              GEBHARDT & ASSOCIATES, LLP
                                              1101 17th Street, N.W.
                                              Suite 807
                                              Washington, DC 20036
                                              Tel: (202) 496-0400
                                              Fax: (202) 496-0404

June 9, 2008                            Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 9th day of June, 2008, via electronic and first class mail, postage prepaid, upon counsel for Defendant:

    Brian Hudak
    Assistant United States Attorney
    U.S. Attorney's Office
    555 4th Street, N.W.
    Washington, DC 20530
    (202) 514-7143
    Brian.Hudak@usdoj.gov

    _____
    CLARISSA H. WU