IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 07-0546 (RMU) |
| DIRK KEMPTHORNE ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Clarissa H. Wu (D.C. Bar #975443) as an attorney for the Plaintiff in the above-captioned matter. (Plaintiff will continue to be represented by Myrrel C. Hendricks and Charles W. Day, Jr.)

Respectfully submitted,

_____/s/_____
CLARISSA H. WU
    (D.C. Bar No. 975443)
MYRREL C. HENDRICKS
    (D.C. Bar No. 291781)
CHARLES W. DAY, JR.
    (D.C. Bar No. 459820)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

July 18, 2008                    Attorneys for Plaintiff