UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-0546 (RMU) |
| ) | |
| DIRK KEMPTHORNE, Secretary, ) | |
| U.S. Department of the Interior, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Dirk Kempthorne ("Defendant"), Secretary, U.S. Department of the Interior ("Agency"), by and through his counsel, respectfully moves the Court for an enlargement of time to file his motion for summary judgment in this action. Specifically, Defendant respectfully requests that the Court extend the deadline for filing his motion for summary judgment from August 15, 2008 to August 22, 2008[1] -- a one week extension of time. Undersigned counsel attempted to reach Plaintiff's counsel earlier today to seek Plaintiff's position on this request. As of the time of this filing, however, counsel has yet to receive a response. The grounds for such relief are as follows.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race and national origin discrimination under Title VII.

---

[1] Although, counting today, this is the fourth business day before his dispositive motion is due, if today is not counted in the computation of time, this motion is only filed 3 business days before the present deadline. Undersigned counsel understands that the Court's Standing Order requires motions for extensions of time to be filed four business days prior to the deadline the motion is seeking to extend. If this motion is considered late under the Court's Standing Order, undersigned counsel respectfully requests that the Court nonetheless consider and approve this request. Counsel had believed up until today that he would be able to finalize a dispositive motion by this Friday; however, due to unanticipated matters (noted below) counsel now believes that he will likely require a small amount of additional time to prepare a properly organized and well formulated motion for the Court's consideration.

After the close of discovery, on July 14, 2008, the Court entered a briefing schedule for post-discovery dispositive motions. That Minute Order set August 15, 2008, as the deadline for dispositive motions. On July 17, 2008, the parties met with Magistrate Judge Alan Kay for a settlement conference. Although Defendant explored certain items following the settlement conference, due to the parties' respective positions, settlement of this action at this stage seems unlikely.

Upon realizing that settlement of this action at this stage was unlikely, undersigned counsel and Agency counsel began to confer and prepare a dispositive motion. However, due to matters and deadlines in other pending cases, undersigned believes that he will require additional time to formulate and finalize an appropriate dispositive motion with supporting materials. Notably, undersigned counsel has unexpectedly been required to deal with matters in *Miller v. Rosenker*, Civ. A. No. 05-2478 (GK) (D.D.C.) ("*Miller I*"); *Miller v. Rosenker*, Civ. A. No. 06-1071 (GK) (D.D.C.) ("*Miller II*"); and *Miller v. Rosenker*, Civ. A. No. 07-0562 (GK) (D.D.C.) ("*Miller III*"). Further, undersigned counsel has been assigned the responsibility for immigration mandamus cases, which have required more attention than undersigned counsel anticipated during the past week. Accordingly, Defendant seeks a brief one week extension of time to file his dispositive motion in this action.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the first request for an extension of this deadline and, in total, the second request for an extension by Defendant in this action. An extension of Defendant's time to file a dispositive motion will impact the remaining schedule for post-discovery dispositive motions, and thus, Defendant requests that all other dates in such schedule be similarly extended by seven days. Allowing Defendant a reasonable amount of additional time to formulate an

appropriate dispositive motion, which might resolve all claims in this action, serves the interests of justice and this Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that his time for submitting his post-discovery dispositive motion be extended to, and including, August 22 2008. A proposed order is attached.

Dated: August 12, 2008
      Washington, DC

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary,<br>U.S. Department of the Interior,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 07-0546 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to file a dispositive motion, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that Defendant shall have through, and including August 22, 2008, to file a post-discovery dispositive motion in this action, and it is further

ORDERED that the deadlines for opposition and reply on such motion are hereby extended by seven (7) days -- until September 22, 2008, and October 6, 2008, respectively.

SIGNED:


_____                     _____
Date                                                                   RICARDO M. URBINA
                                                                         United States District Judge