IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR,     )<br>     )<br>     Plaintiff,     )<br>     )<br>v.     )<br>     )<br>DIRK KEMPTHORNE     )<br>Secretary of the Interior     )<br>     )<br>     Defendant.     )<br>_____) | Civil Action No.<br>07-0546 (RMU) |

**PLAINTIFF'S MOTION TO SET ASIDE THE SCHEDULE FOR FILING
DISPOSITIVE MOTIONS UNTIL MEDIATION IS COMPLETED**

Plaintiff Sandra L. Aguilar, by and through undersigned counsel, hereby files Plaintiff's Motion to Set Aside the Schedule for Filing Dispositive Motions Until Mediation is Completed. In support of this Motion the Plaintiff states:

(1) Plaintiff and Defendant participated in a their first mediation session with Magistrate Judge Alan Kay on July 14, 2008. On that same day the Court entered an Order setting the deadline for filing dispositive motions on August 15, 2008. That filing deadline has now past.

(2) During this session on July 14, 2008, Plaintiff and Defendant began the process of seeking a resolution for the discrimination issues raised by the complaint. The discussion by the parties focused on the possibility that the Plaintiff would be placed in a position with the Department of Interior.

(3) At the conclusion of the session, Counsel for the Defendant agreed to investigate whether there were any available positions at the GS-13 through GS-15 level into which Plaintiff might be placed as part of a settlement.

(4) After the mediation session, Plaintiff's counsel did not hear from Defendant counsel in any form regarding the mediation until an email on the morning of August 12, 2008. That email requested Plaintiff's consent to reset the August 15, 2008 dispositive motions deadline to August 22, 2008.

(5) Several later without a response from the Plaintiff, Defendant's counsel filed Defendant's Motion to extend the deadline for filing dispositive motions until August 22, 2008.

(6) As a result, Counsel for Plaintiff did not receive this email until after the Defendant's counsel had filed Defendant's motion to extend the deadline.

(7) Counsel for Plaintiff responded to Defendant by email and sought to get consent for a motion to continue the dispositive motions until the mediation process is complete. However Counsel for Defendant responded that the Defendant's motion for a one week extension had already been filed. The parties have not had a genuine opportunity to pursue the resolution of this case through mediation.

(8) Given the current posture of the case it would be premature to move to dispositive motions. The parties should be provided with a full opportunity to explore settlement. The mediation process has just begun with only one session held with Magistrate Judge Kay.

(9) The best opportunity for settlement is now before the parties invest more resources into the litigation of this case. The parties should be given time to explore settlement options with the assistance of Magistrate Judge Kay.

Plaintiff requests that the Court allow the mediation process to continue by setting aside the dispositive motions schedule and to scheduling the parties to file a joint status report by September 30, 2008. An appropriate Order is attached.

/s/ Myrrel C. Hendricks, Jr.
MYRREL C. HENDRICKS, JR.
VALENCIA R. RAINEY
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

August 20, 2008            Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA L. AGUILAR,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>  v.                          )<br>                              )<br> DIRK KEMPTHORNE              )<br> Secretary of the Interior   )<br>                              )<br>     Defendant.              )<br>_____) | Civil Action No.<br>07-0546 (RMU) |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Continue Indefinitely the Schedule for Filing Dispositive Motions, and the entire record herein, it is hereby this _____ day of August, 2008,

**ORDERED**, that the Plaintiff's Motion to Set Aside the Schedule for Filing Dispositive Motions be and hereby is **GRANTED;** and it is further

**ORDERED**, that the parties will file a Joint Status Report on the Progress of the by September 30, 2008.

_____
District Judge Urbina