UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA L. AGUILAR, )<br>)<br>　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>DIRK KEMPTHORNE )<br>Secretary of the Interior, )<br>)<br>　　　Defendant. )<br>_____) | Civil Action No.<br>07-0546 (RMU) |

**ADDENDUM TO PLAINTIFF'S MOTION TO SET ASIDE**

Plaintiff Sandra L. Aguilar, by and through undersigned counsel, hereby files this Addendum to Plaintiff's Motion to Set Aside the Dispositive Motions Schedule filed yesterday. As is obvious from the Plaintiff's Motion and from the Defendant's Motion filed on August 12, 2008, Defendant is seeking to short-circuit the mediation process by proceeding to dispositive motions at this time. Accordingly, it is manifestly clear that Defendant is in disagreement with Plaintiff's Motion.

This Addendum is occasioned by a somewhat shrill email received from Defendant's counsel this morning. Defendant's email takes Plaintiff's counsel to task for, among other things[1], not making contact with him yesterday regarding filing

---

[1] Contrary to the Defendant's contention, Plaintiff's Motion does not violate either the terms or the spirit of Local Rule 84.9 (a)(1).

Plaintiff's Motion.  While in our view Defendant's point is one of form over substance, we apologize for our inadvertent error in not stating in the Motion that we left a voice mail message for defense counsel yesterday concerning the Motion.  Moreover, it was clear from the circumstances that Defendant did not and does not agree with Plaintiff's Motion.

                                  Respectfully submitted,

                                  */s/ Myrrel C. Hendricks, Jr.*
MYRREL C. HENDRICKS, JR.
(D.C. Bar No. 291781)
VALENCIA R. RAINEY
(D.C. Bar No. 435254)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

August 21, 2008                Attorneys for Plaintiff